UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


PENN-AMERICA INSURANCE
COMPANY,

    Plaintiff,

vs.                                          CASE NO. 8:08-CIV-2538-T-17-TGW


LUCKY ENTERTAINMENT, LLC., et al.,

    Defendants.
_____/

## ORDER FOR ENTRY OF JUDGMENT

This cause is before the Court on the stipulation of judgment (Docket No. 32). Accordingly, it is

**ORDERED** that the Clerk of Court is **directed** to enter judgment in favor of the plaintiff and against the defendant Ice Cream 4 You International, LLC **declaring** that there is no coverage under the plaintiff's policy for the allegations brought by Ice Cream 4 You International, LLC against Lucky Entertainment, LLC. Those parties agree that each party shall bear their own attorneys' fees and costs relative to this and the underlying action. The plaintiff asserts there remains to be tried a coverage dispute between the plaintiff and Lucky

Entertainment, LLC, including the counter-claim. There being no motions pending, these parties shall attend the pre-trial conference as previously ordered.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 1st day of June, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record